In the Matter of Supplementary Proceedings: ALEXANDER JAY BRUEN, JR., and Others, Judgment Creditors, Appellants, *v.* JACOB GOODMAN, Judgment Debtor, Respondent.

Supreme Court, Appellate Term, First Department, November 1, 1939.

*John E. B. Murphy*, for the appellants.

*Harry J. Halperin*, for the respondent.

PER CURIAM. The enactment of section 775 of the Civil Practice Act was intended to aid judgment creditors in the collection of judgments.

Under the circumstances presented the judgment creditors in their examination of the judgment debtor should not have been limited to the period subsequent to the first examination under the City Court judgment.

Order reversed, with ten dollars costs and disbursements, and motion denied.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.